## CALENDAR : MAGISTRATE'S PROCEEDING

BEFORE MAG. JUDGE __PEGGY KUO__        DATE : __10/8/19__

DOCKET NUMBER : __19CR445(CBA)__       LOG # __11:41-11:44am__

DEFT NAME : __William Brown__          ATTY: __Susan Marcus__
__✓__Present __ Not Present __Custody __Bail    __ Federal Defender  __ CJA  __ Ret

DEFT NAME : __Ryan Smalling__          ATTY: __Amanda David__
__✓__Present __ Not Present __Custody __Bail    __ Federal Defender  __ CJA  __ Ret

DEFT NAME : ____                        ATTY: ____
__Present __ Not Present __Custody __Bail    __ Federal Defender  __ CJA  __ Ret

A.U.S.A. : __Jonathan Siegel__         DEPUTY CLERK : __E. Williams__

INTERPRETER : _____  (Language) _____

✓ Defendants arraigned on the: _X_ indictment __ superseding indictment __ probation violation

____ Defendant was released on_____ PRB with/without some conditions.

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

_X_ Order of Excludable Delay entered.   Code Type____  Start __10/8/19__  Stop __10/15/19__
____ Order of Speedy Trial entered.      Code Type____  Start_____ Stop_____
____ Defendants' first appearance.   ____ Defendants arraigned on the indictment.
____ Defendants informed of rights.
_✓_ All defendants entered NOT GUILTY PLEA to ALL counts of the indictment.
____ Defendant failed to appear, bench warrant issued.
_X_ Status conference set for __10/15/19__ @ __11:00am__ before Judge __AMON__

OTHERS : _____
_____
_____
_____